219

Ed. W. DENT, as Trustee in Bankruptcy for the Estate of Jack Mitchum, Bankrupt, Appellant, v. Jack MITCHUM, Appellee.

No. 13263.

United States Court of Appeals Ninth Circuit.

May 7, 1952.

Thomas S. Tobin, Frank C. Weller and Hubert F. Laugharn, all of Los Angeles, Cal., for appellant.

No appearance on behalf of appellee.

Before DENMAN, Chief Judge, and STEPHENS and ORR, Circuit Judges.

PER CURIAM.

The judgment is reversed with the consent of the appellee.

FARMERS INSURANCE EXCHANGE by and through Farmers Underwriters Association, Attorney in Fact, organized under the laws of Nevada, v. I. W. NEWBERRY.

No. 4438.

United States Court of Appeals Tenth Circuit.

April 8, 1952.

Draper Grigsby and Charles R. Nesbitt, Oklahoma City, Okl., for appellant.

James C. Cheek and Alex Cheek, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed April 8, 1952, per stipulation.

Jesse Edward KIRKLAND, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 13879.

United States Court of Appeals Fifth Circuit.

May 5, 1952.

No appearance entered on behalf of appellant.

J. Ellis Mundy, U. S. Atty., Harvey H. Tisinger, H. A. Stephens, Jr., Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before HOLMES, STRUM and RIVES, Circuit Judges.

PER CURIAM.

We are in full agreement with the views expressed by the District Judge in dismissing the writ of habeas corpus, and the judgment is therefore

Affirmed.